UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30978
Summary Calendar
_____

FARON FOLSE,

Plaintiff-Appellant,

versus

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(97-CV-438)
_____

July 1, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Upon review of the parties' briefs, and pertinent portions of the record, we conclude that the judgment is AFFIRMED on the basis of the district court's opinion.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.